# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:08-cr-00350-RCJ-GWF |
| vs. ) | **ORDER** |
| CURTIS GEBERS, ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's Motion to Withdraw Motion to Compel IMAX to Produce Records (#51) filed February 22, 2011. Upon review and consideration,

**IT IS ORDERED** that Defendant's Motion to Withdraw Motion to Compel IMAX to Produce Records (510) is **granted.** Defendant's Motion to Compel IMAX to Produce Records (#47) is **withdrawn** and the hearing set for February 24, 2011 is vacated.

DATED this 22nd day of February, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge