# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CURTIS MARK GEBERS, JR. ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:08-cr-00350-GMN-GWF <br><br> **ORDER** |

Before the Court is Defendant's Motion to Reconsider Defendant's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (ECF Nos. 134, 114), and the Government's Response to Defendant's Motion to Reconsider (ECF No. 135, 114).

For the reasons stated in the Government's Response (ECF No. 135) to Defendant's Motion to Reconsider (ECF No. 134), Defendant's Motion to Reconsider is hereby **DENIED**.

**IT IS SO ORDERED** this 5th day of September, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court